# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Action No. 11-cv-01601-REB-MJW

RONALD RICHARDSON, on behalf of himself and all others (now and in the future will be) similarly situated,

v.

JOHN HICKENLOPER (sic) Governor of Colorado,
DOUGLAS K. WILSON, State Public Defender,
JAMES F. O'CONNOR II, Head Administrator, (ACPD),
GRAYSON ROBINSON, Sheriff of Arapahoe County,
JANE/JOHN DOE(S), Arapahoe County JCC,
JOHN DOE, Commissioner of Arapahoe County,
JOHN/JANE DOE(S), (ACDF) Classification Committee, and
DAVID WALCHER, Bureau Chief at (ACDF)
These defendants are sued jointly and severally, in their official and/or individual capacities,

Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL -6 2011

GREGORY C. LANGHAM
CLERK

---

## ORDER REQUIRING SERVICE BY UNITED STATES MARSHAL

---

**Blackburn, J.**

This matter is before the court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The court has granted the plaintiff leave to proceed *in forma pauperis*.

**THEREFORE, IT IS ORDERED** as follows:

1. That if appropriate, the Clerk shall attempt to obtain a waiver of service from each of the defendants;

2. That if the Clerk is unable to do so, then the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders on each of the defendants; provided, furthermore,

that if appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d);

    3. That all costs of service shall be advanced by the United States; and

    4. That after service of process, any defendant or counsel for any defendant having been served shall respond to the complaint as provided in the Federal Rules of Civil Procedure.

    Dated July 5, 2011, at Denver, Colorado.

                                      **BY THE COURT:**

                                      */s/ Bob Blackburn*
                                      Robert E. Blackburn
                                      United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01601-REB-MJW

Ronald Richardson
Prisoner No. 0910886
Arapahoe County Detention Facility
PO Box 4918
Centennial, CO 80155-4918

US Marshal Service
Service Clerk
Service forms for: John Hickenlooper, Douglas K. Wilson,
James F. O'Connor, II, Grayson Robinson, and David Walcher

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on John Hickenlooper, Douglas K. Wilson, James F. O'Connor, II, Grayson Robinson, and David Walcher: COMPLAINT FILED 6/17/11, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 7/6/11.

GREGORY C. LANGHAM, CLERK

By: _____
                Deputy Clerk