IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01601-REB-MJW

RONALD RICHARDSON, on behalf of himself and all others
(Now and in the future will be) similarly situated,

Plaintiff,

v.

JOHN HICKENLOPER [sic], Governor of Colorado,
DOUGLAS K. WILSON, State Public Defender,
JAMES F. O'CONNOR, II, Head Administrator (ACPO),
GRAYSON ROBINSON, Sheriff of Arapahoe County,
JANE/JOHN DOE(s), Arapahoe County JCC,
JOHN DOE, Commissioner of Arapahoe County,
JOHN/JANE DOE(s), (ACDF) Classification Committee,
DAVID WALCHER, Bureau Chief at (ACDF),
(These defendants are sued jointly and severally, in their official and/or individual
capacities),

Defendants.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that the plaintiff's Motion to Disregard the Plaintiff's State
Motion to Dismiss for Speedy Trial Violations (Docket No. 43) is denied inasmuch as no
such motion to dismiss has been filed by the plaintiff.

Date:  September 6, 2011